**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Elaine Gamble<br>13512 Youngwood Turn, Bowie MD, 20715<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>James Smoot<br>912 Quincy Street, NE, Washington, DC 20017,<br><br>Michael "Zakee" Jones<br>6211 Tilghmans Lane, District Heights, MD 20747,<br><br>HitTime Productions<br>6211 Tilghmans Lane, District Heights, MD 20747,<br>　　　　Defendants. | Civil Action No: 1:25-cv-1135<br><br><br>Trial by jury is demanded |

**COMPLAINT FOR COPYRIGHT INFRINGMENT**

　　Plaintiff Gamble ("Plaintiff" or "Gamble") brings this Complaint for monetary damages and injunctive relief against Defendants Michael "Zakee" Jones ("Jones"), James Smoot ("Smoot"), and HitTime Productions ("HitTime"). Gamble alleges as follows:

**NATURE OF THIS ACTION**

　　1.　　This is a civil action for copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 et seq. For an extended time, the defendants copied, publicly performed, offered for sale, and sold plaintiff's copyrighted song *"What Will the Night Bring?"*,

including its words and music, without authorization. The defendant's infringement was persistent, unauthorized, and willful.

2.      By offering for sale, reproducing, publicly performing, and selling CDs and digital copies containing Gamble's copyrighted words and music of "What Will the Night Bring?", Defendants have (1) infringed a registered copyright, (2) earned unjust profits, and (3) caused significant harm to Gamble.

3.      Gamble seeks all remedies allowed by the Copyright Act, including statutory damages, an injunction from ongoing and future infringements, and an award for costs, including legal fees. Since the Defendants infringed Gamble's copyright willfully, and since a jury has discretion to award statutory damages up to $150,000.00 per infringed work, the Defendants' potential liability may exceed $200,000.00.

## JURISDICTION AND VENUE

4.      This is a civil action seeking monetary relief for copyright infringement under the laws of the United States, 17 U.S.C. § 101 *et seq*.

5.      This court has subject matter jurisdiction under 28 U.S.C. § 1331, which gives original jurisdiction of all civil actions arising under federal law, and 28 U.S.C. § 1338(a), which provides original jurisdiction of all civil actions arising under federal copyright law.

6.      This court also has subject matter jurisdiction (diversity jurisdiction) under 28 U.S.C. § 1332, which allows federal courts to hear cases of where parties are citizens of different states, as they are here between DE, MD, and the District of Columbia, and the amount in controversy exceeds $75,000.00.

7.      Defendants are subject to personal jurisdiction in this District, and venue is proper here under 28 U.S.C. §§1391 and 1400(a). The claim arises from Defendant's contacts with and

in this District, including contacts by which the infringed works were copied, distributed, sold, performed, offered for sale, and the defendant caused injury here.

8. Jimismooth.net states that "[t]he Band is based out of the Washington, DC. Smoot also known as Mr. Move & Groove is the consummate showman."

## PARTIES

9. Plaintiff Gamble is an independent musical artist and composer of musical works, and she is domiciled in the state of Maryland. Gamble is the owner of a registered copyright for the song "What Will the Night Bring?" and has performed under the pseudonym "J. Tempo".

10. Defendant Michael "Zakee" Jones is a resident of District Heights MD and, at least, a partial owner of a business entity advertised by the Defendants as HitTime Productions.

11. Defendant James Smoot a/k/a Jimi "Smooth" is a resident of Washington DC and performs with Jones and HitTime Productions at various venues, mostly in Washington DC, Maryland, and Virginia.

12. Upon information and belief, Defendant HitTime Productions is a joint venture between defendants Jones and Smoot, and possibly others, through which they operate their musical business and have infringed Plaintiff's

## GENERAL ALLEGATIONS

13. Plaintiff Elaine Gamble is and at all relevant times, has been the exclusive owner of the registered copyright for the words and music of the song "What Will the Night Bring?" under U.S.C. Title 17. The original work authored by Gamble, "What Will the Night Bring?" became a registered copyright in 2003 and was registered with BMI in 1999.

14. In various ways defendants Jones and Smoot willfully and continually infringed upon Gambles copyrighted words and music, "What Will the Night Bring?"

15. The song "What Will the Night Bring?" is covered by a certificate of copyright registration PAu-2-857-501, specifically protecting its composition (words and music).

16. Among the exclusive rights granted to Gamble by the Copyright Act are the exclusive rights to reproduce, distribute, and publicly perform her copyrighted work "What Will the Night Bring?".

17. Gamble performed and recorded her copyrighted song "What Will the Night Bring?" with the defendants in preparation for a future business venture, but at no time did Gamble transfer any rights to the words or music to the defendants or otherwise authorize their use.

18. Gamble subsequently dissociated from the defendants, stopped performing and recording with Jones, Smoot, and HitTime, and left their acquaintance having transferred no legal rights to "What Will the Night Bring?" to Smooth, Jones, HitTime Productions, or any other entity or individual.

19. Jones, Smoot, and HitTime Productions sold at least two versions of "Be What You Wanna Be" after Gamble had timely registered her copyright, and both CDs contained Gamble's copyrighted original work "What Will the Night Bring?" without authorization, permission, or payment of royalties.

20. Both CD variants clearly indicate that the author of "What Will the Night Bring?" is Gamble (aka J. Tempo). The CD covers, manufactured and sold by Jones, Smoot, and HitTime Productions, are admissions that Smoot, Jones, and HitTime Productions are not the original authors of "What Will the Night Bring?".

21. In 2011, YouTube.com was informed that a performance of "What Will the Night Bring?" by Jones, Smoot, and HitTime was uploaded to its platform. YouTube was informed that the uploaded video was infringing Gamble's copyright and removed the song on October 10, 2011. Youtube.com provides takedown notices to individuals and businesses who have uploaded content that has been removed for violating copyright and other laws. The video removal served as notice to Jimi Smoot, Mr. Jones, and HitTime Productions that use of the song was unauthorized, and that continued use beyond that point in time was willful copyright infringement.

22. Despite the previous YouTube takedown, another performance of "What Will the Night Bring?" was removed by YouTube in 2023. Given the previous removal and subsequent repeated upload of the song, this second takedown was the result of willful infringement by defendants via the YouTube.com platform.

23. The CD "Be What You Wanna Be" was uploaded to Spotify.com by HitTime in 2013, after the YouTube.com take-down notice in 2011. The digital cover art displayed on Spotify.com clearly claims that Smoot (under the pseudonym Jimi "Smooth") and HitTime Productions are the authors and artists that created Gamble's copyrighted work, "What Will the Night Bring?"

24. "Be What You Wanna Be" and "What Will The Night Bring?" are no longer accessible through Spotify.com which indicates that either (1) Jones, Smoot, and HitTime were aware that their upload of the "What Will the Night Bring?" constituted copyright infringement and took it down, or (2) Spotify.com recognized the infringement and removed the song unilaterally.

25. Jones, Smoot, and HitTime Productions also claimed authorship of the song, initiated production through CD-Baby.com, and sold it via the HitTime website, Spotify.com. Amazon.com, and potentially others.

26. The defendants operate a website at www.JimiSmooth.net that currently shows several songs from the CD "Be What You Wanna Be." However, the work "What Will the Night Bring?" is not currently available for direct viewing on their website. The omission of this song on their website indicates that the Smoot and Jones know that placing the song on the website is copyright infringement. Yet, the website still sells the CD "Be What You Wanna Be", which contains Gamble's copyrighted work, and the CD is sold without Gamble's authorization.

27. Jones uploaded a video to Youtube.com through his personal account that shows Smoot offering to sell the CD "Be What You Wanna Be", which contains Gamble's copyrighted work. In the video at 20:55, Smoot describes the CD as "from me myself personally" and he indicated that the CD is based on his life story.

28. Jones and Smoot indicated in conversations between May and August of 2024 that it was their understanding that Gamble was living internationally, and that they viewed Gamble's foreign habitation as justification for not seeking permission to reproduce, sell, distribute, and perform "What Will the Night Bring?"

29. On several occasions Jones and Smoot stated in phone conversations that they should not have reproduced or sold "What Will the Night Bring?" They further referred to their use of the song on the CD as "the infringement."

30. The second version of "Be What You Wanna Be" contained Gamble's copyrighted song "What Will the Night Bring?" without her consent. The CD was offered for sale on www.jimismooth.net since June 2024 and earlier. "Be What You Wanna Be" was

removed from the website in August of 2024, after several months of discussion between the parties about the infringement. Removal from the website and no longer offering the CD for digital sale only after being confronted for three months about the infringement tends to show that infringement was knowing and willful.

## CLAIM FOR RELIEF

(Infringement of Federally Registered Copyright – 17 U.S.C. §501 *et seq*.)

31. Plaintiff incorporates paragraphs 1 through 30 of this complaint as if set forth in full herein.

32. Gamble is the exclusive owner of a valid and timely registered copyright covering the words and music of "What Will the Night Bring?"

33. Defendants' unauthorized copying, performing, and distribution of the copyrighted words and music directly infringes Gamble's registered copyright in violation of 17 U.S.C. §§ 106 and 501 *et seq*.

34. All defendants committed acts of infringement that were willful, intentional, and in reckless disregard of and indifference to the rights of Plaintiff Gamble. Jones and Smoot and their joint venture HitTime Productions injured and damaged Gamble in an amount to be determined.

35. At any time before final judgement, Plaintiff is entitled to elect to receive statutory damages in lieu of actual damages and profits. See 17 U.S.C. §504(c). For willful copyright infringement, the jury may award up to $150,000 for each of infringed work. Jones' and Smoot's infringement of "What Will the Night Bring?" was willful.

36. Plaintiff Gamble alternatively may choose to recover Defendant's profits attributable to infringement or Plaintiff's actual damages. *See* 17 U.S.C. § 504(a). The statute

provides that "[i]n establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenues, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work." 17 U.S.C. §504(b). Defendant's gross revenues over the period of the infringement are not known at this time but will be determined during discovery.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendant as follows:

1. For a money judgment against the Defendant
   a) For Plaintiff's actual damages for infringement, or
   b) After an accounting, for the net profits of defendants attributable to the infringement.
   c) At Plaintiff's election prior to the final entry of judgment in this case, and as an alternative to actual damages or profits, where appropriate an award of statutory damages as permitted, by the Copyright Act, for each of Plaintiff's timely registered works infringed, including enhanced statutory damages of $150,000 per work for each work that was willfully infringed and timely registered; and
2. For an injunction against further infringement;
3. For an award of pre-judgment and post judgment interest;
4. For Plaintiff's costs of this action, including Plaintiff's reasonable attorneys' fees incurred in this action; and

5. For such other and further relief, the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

By: /s/ John D. Mason
John D. Mason
DC Bar No. 464072
Copyright Counselors, LLC
7315 Wisconsin Ave.
Suite 400 West
Bethesda, MD 20814
Telephone: (888) 313-3637
Facsimile: (301) 760-7032
jmason@copyrightcounselors.com
*Attorney for Plaintiff Elaine Gamble*


By: /s/ Daniel M. Sweeney
Daniel M. Sweeney (DC Bar No. 90006785)
DanSweeney@kplr-ip.com
4036 Apollo Way
Gig Harbor, WA 98332
(727) 466-7901
*Attorney for Plaintiff Elaine Gamble*
(Admission Pro Hac Vice Pending)


Dated: April 16, 2025